# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMIE SUE GONDER,<br><br>        Plaintiff<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant | CIVIL ACTION NO. 3:18-CV-1496<br><br>(MANNION, D.J.)<br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 27th day of June, 2019, **IT IS HEREBY ORDERED** that Defendant's motion for stay (Doc. 24), with which Plaintiff concurs (Doc. 28), is **GRANTED**. The Agency will notify the Court as soon as there is a decision in *Bizarre v. Berryhill*, No. 19-1773 (3d Cir.) and/or *Cirko v. Berryhill*, No. 19-1772 (3d Cir.), or any appeals thereof, so that this stay may be lifted.

**Dated: June 27, 2019**　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**